**Stephen Manning** (SBN 013373)
stephen@innovationlawlab.org
**Nadia Dahab** (SBN 125630)
nadia@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 241-0035
Facsimile: +1 503 241-7733

**Karen C. Tumlin** (admitted *pro hac vice*)
karen.tumlin@justiceactioncenter.org
**Esther H. Sung** (admitted *pro hac vice*)
esther.sung@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323 316-0944

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| JOHN DOE #1; JUAN RAMON MORALES; JANE DOE #2; JANE DOE #3; IRIS ANGELINA CASTRO; BLAKE DOE; BRENDA VILLARRUEL; and LATINO NETWORK,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN MCALEENAN, in his official capacity as Acting Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR II, in his official capacity as Secretary of the Department of Health and Human Services; U.S. DEPARTMENT OF STATE; MICHAEL POMPEO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.: 3:19-cv-01743-SB<br><br>**DECLARATION OF GABINO SORIANO CASTELLANOS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

Page 1 - DECLARATION OF GABINO SORIANO CASTELLANOS IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION

## Declaration of Gabino Soriano Castellanos

I, Gabino Soriano Castellanos, upon my personal knowledge, hereby declare as follows:

1. I am a citizen of Mexico.

2. I am married to Brenda Aniza Villarruel, a U.S. citizen.

3. I currently live in Mexico City, Mexico while I await my Immigrant Visa interview.

4. I am a professional tattoo artist. I hold a certificate in professional drawing from the School of the Art Institute of Chicago. My wife and I opened ███████████, in East Chicago, Indiana in June 2016. I am the known artist at ███. My wife works part-time as a piercer and tattoo artist with one (1) other artist in my absence awaiting my return to the United States.

5. In addition to working part-time at the parlor, Brenda works part time as a medical assistant for ███████████████████. She does not have employer-provided health insurance. She does not have a general doctor. She uses the services of Aunt Martha's Health & Wellness Program for reproductive health needs. They offer sliding scale clinic services based on income. Every time she goes to the clinic, she pays only $20.

6. Brenda sponsored an immigrant visa application for me and I have been waiting in Mexico to return to reunite with Brenda and my stepson, ███. Brenda and I have been a couple since 2009 and married in 2016. I have been in Mexico since March 9, 2018.

7. Brenda petitioned for me to legalize my status on or around July 1, 2016. The I-130 petition was approved on or around September 6, 2016.

8. Since then, I have attended an initial IV interview at Ciudad Juarez on March 27, 2018. My visa was refused and we filed an I-601, Application for Waiver of Grounds of Inadmissibility on December 17, 2018. It was approved on August 20, 2019 and I was scheduled to attend my IV interview on November 5, 2019 at 8:45 a.m.

9. However, after we considered the Proclamation and researched all the approved health insurance plans, we requested to postpone the interview. Every approved plan is either not available to my wife and I or unaffordable and would remain so due to our family's current financial situation. For example, we cannot afford visitor insurance or short-term disability plans and we are not eligible for other plans such as Medicare.

10. On or about October 30, 2019 I was told via the visa scheduling phone system for Ciudad Juarez that I could cancel my interview or reschedule my interview, however, there were not any available future interview dates to reschedule the interview. I was informed I would need to call back to check for dates at a later time. We are hoping that I will be able to reschedule my interview in the next few months. I have already been living apart from my wife and stepson for one (1) year and nine (9) months, and the separation has been exceptionally painful. I can only communicate with my wife through phone on a limited basis due to her work and family obligations. As I mentioned, I am a professional tattoo artist and I am the "main attraction" as an artist. I am known specifically for my black and grey and traditional tattooing styles. Although some of our customers have gone to other artists due to the long wait for my return, we still have approximately 100 confirmed customers waiting to be specifically tattooed by me. I do not know how much longer Brenda will be able to keep the business going.

11. When I learned that our separation will be prolonged indefinitely, I felt absolutely devastated and that we are finally going to be wiped out financially. I cannot think we can keep a tattoo business open without my presence.

12. My stepson, ███, is extremely depressed. I have been the only father figure ███ has ever had. ███ was only four (4) years old when Brenda and I met. He asks for me constantly. This additional delay has left him feeling hopeless and in despair. I am extremely concerned for him as he is a young man in his high school years and is in need of a positive male role model who is able to help him in a way that his grandfather, whom he lives with, is no longer physically able to.

13. My wife is a United States Citizen by birth. Her parents are originally from Mexico. Her mother became a United States citizen before she and her three (3) siblings were born. Her dad became a lawful permanent resident on the day she was born, ███ and became a U.S. citizen when she was in high school.

14. I am willing to serve as a class representative on behalf of those who are similarly situated to me and cannot join their family members in the United States because of the current restrictions on immigrant visa admissions due to lack of health insurance.

15. I know that if the class is certified I will be representing more than just myself in this case. I have spoken with the lawyers who represent me about what being a class representative means. I want to help everyone in my situation because we are all suffering due to

the unfair restrictions on immigrant visa admissions due to lack of health insurance imposed by this administration.

I declare under penalty of perjury and under the laws of the United States that the foregoing is true and correct. Executed at Mexico City, Mexico on November 6, 2019.

_____
Gabino Soriano Castellanos