**Stephen Manning** (SBN 013373)
stephen@innovationlawlab.org
**Nadia Dahab** (SBN 125630)
nadia@innovationlawlab.org
INNOVATION LAW LAB
333 SW Fifth Avenue #200
Portland, OR 97204
Telephone: +1 503 241-0035
Facsimile: +1 503 241-7733

**Karen C. Tumlin** (admitted *pro hac vice*)
karen.tumlin@justiceactioncenter.org
**Esther H. Sung** (admitted *pro hac vice*)
esther.sung@justiceactioncenter.org
JUSTICE ACTION CENTER
P.O. Box 27280
Los Angeles, CA 90027
Telephone: +1 323 316-0944

*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

### PORTLAND DIVISION

| | |
|---|---|
| JOHN DOE #1; JUAN RAMON MORALES; JANE DOE #2; JANE DOE #3; IRIS ANGELINA CASTRO; BLAKE DOE; BRENDA VILLARRUEL; and LATINO NETWORK,<br><br>Plaintiffs,<br><br>v.<br><br>DONALD TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; KEVIN MCALEENAN, in his official capacity as Acting Secretary of the Department of Homeland Security; U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES; ALEX M. AZAR II, in his official capacity as Secretary of the Department of Health and Human Services; U.S. DEPARTMENT OF STATE; MICHAEL POMPEO, in his official capacity as Secretary of State; and UNITED STATES OF AMERICA,<br><br>Defendants. | Case No.: 3:19-cv-01743-SB<br><br><br><br><br>**DECLARATION OF DAGMAR BUTTE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION** |

## DECLARATION OF DAGMAR BUTTE

I, Dagmar Butte, hereby declare:

1. I am an immigration attorney at the law firm of Parker, Butte, & Lane, PC in Portland, Oregon. I have been an immigration attorney for more than 25 years.

2. The Department of State's National Visa Center sends emails to visa applicants who are preparing for consular processing that contain detailed instructions about what is necessary for the consular interview.

3. On November 6, 2019, I received an email from the National Visa Center concerning consular processing for an immigrant visa for one of my clients.

4. The email included this language: "*PRESIDENTIAL PROCLAMATION ON HEALTH CARE: You must be able to demonstrate to the consular officer at the time of interview you will be covered by approved health insurance within 30 days of entry into the United States or have the financial resources to pay for reasonably foreseeable medical costs. Inability to meet this requirement will result in the denial of the visa application. For complete requirements and/or exemptions, visit https://travel.state.gov/healthcare.*"

5. Even though the email was received four days after the issuance of the temporary restraining order that halts the implementation of the Presidential Proclamation on Health Care, the body of the email made no reference to the temporary restraining order.

6. A visa applicant who received the email may not be aware of the temporary restraining order unless she clicked on the link to the website that is referenced in the email. That website says, "A nationwide temporary order has been issued by the

Page 2 – DECLARTION OF DAGMAR BUTTE IN SUPPORT OF PLAINTIFFS'
MOTION FOR A PRELIMINARY INJUNCTION

U.S. District Court for the District of Oregon halting implementation of P.P. 9945 Suspension of Entry to Immigrants Who Will Financially Burden the United States Healthcare System. Please monitor this page for updates."

7.  Based on my experience as an immigration attorney, I believe that many visa applicants will believe that they must comply with the instructions in the body of the email from the National Visa Center, in spite of the language on the State Department website about the temporary restraining order. They may not understand what a temporary restraining order means for their cases.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATE: November 8, 2019

_____
Dagmar Butte

*Kelsey Perez Lopez* [signature]

OFFICIAL STAMP
KELSEY KATHRYN PEREZ LOPEZ
NOTARY PUBLIC-OREGON
COMMISSION NO. 946333
MY COMMISSION EXPIRES JANUARY 18, 2020

Page 3 – DECLARTION OF DAGMAR BUTTE IN SUPPORT OF PLAINTIFFS' MOTION FOR A PRELIMINARY INJUNCTION