IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JOHN DOE #1**; *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>**DONALD TRUMP**, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:19-cv-1743-SI<br><br>**ORDER SETTING AMENDED CASE MANAGEMENT SCHEDULE** |

**Michael H. Simon, District Judge.**

　　　After reviewing the parties' Proposed Case Management Schedule (ECF 116), the Court sets the following Case Management Schedule:

　　　1.　　Defendants will lodge the full Certified Administrative Record, in accordance with the Court's Order of November 15, 2019 (ECF 83) by January 10, 2020.

　　　2.　　Defendants will provide Plaintiffs with a privilege log by January 10, 2020. (The Court understands that the parties have not yet agreed on whether the privilege log must contain documents withheld under the deliberative process privilege.)

　　　3.　　Plaintiffs may file any motions to compel or to supplement the Certified Administrative Record within 14 days of receiving the Certified Administrative Record.

4.	Defendants may serve interrogatories related to class certification issues on the Named Plaintiffs identified in the First Amended Complaint (ECF 100), which the Court hereby allows, not later than January 10, 2020.

5.	Defendants' shall respond to the First Amended Complaint (ECF 100) not later than January 30, 2020.

6.	Plaintiffs shall respond to Defendants' interrogatories related to class certification issues not later than February 10, 2020.

7.	Defendants may file any supplemental memorandum (or sur-reply) in opposition to Plaintiffs' Motion to Certify the Class (ECF 44) not later than February 24, 2020.

8.	Plaintiffs may file any supplemental memorandum (or sur-sur-reply) in support of Plaintiffs' Motion to Certify the Class (ECF 44) not later than March 9, 2020.

9.	The Court will take Plaintiff's Motion to Certify the Class (ECF 44) under advisement as of March 9, 2020.

10.	The current Discovery and Pretrial Scheduling Order (ECF 5) is vacated. The Court will invite the parties to propose any additional case management deadlines after the Court rules on Plaintiffs' Motion to Certify the Class (ECF 44).

The Amended Case Management Schedule is established as stated in this Order.

**IT IS SO ORDERED.**

DATED this 26th day of December, 2019.

/s/ *Michael H. Simon*
Michael H. Simon
United States District Judge