FILED

JAN 20 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JOHN DOE #1; et al.,<br><br>    Plaintiffs-Appellees,<br><br> v.<br><br>DONALD J. TRUMP; et al.,<br><br>    Defendants-Appellants. | No. 19-36020<br><br>D.C. No. 3:19-cv-01743-SI<br>District of Oregon,<br>Portland<br><br>ORDER |

Before: TASHIMA, BYBEE, and COLLINS, Circuit Judges.

Appellants are ordered to file a response to Appellees' Petition for Rehearing En Banc, filed on January 19, 2021. The response shall be filed within twenty-one (21) days of the date of this order.

**IT IS SO ORDERED.**