## UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

FEB 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE #1; et al., | No. 19-36020 |
| Plaintiffs-Appellees, | D.C. No. 3:19-cv-01743-SI<br>District of Oregon,<br>Portland |
| v. | |
| DONALD J. TRUMP; et al., | ORDER |
| Defendants-Appellants. | |

Before: TASHIMA, BYBEE, and COLLINS, Circuit Judges.

Appellants' motion for an extension of time to file a response to Appellees' Petition for Rehearing En Banc (Dkt. 90) is GRANTED. The response shall be filed on or before April 12, 2021.

**IT IS SO ORDERED.**