**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 6 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JOHN DOE #1; et al., | No. 19-36020 |
| Plaintiffs-Appellees, | D.C. No. 3:19-cv-01743-SI<br>District of Oregon, |
| v. | Portland |
| JOSEPH R. BIDEN, JR., in his official capacity as President of the United States; *et al.*, | ORDER |
| Defendants-Appellants. | |

Before: TASHIMA, BYBEE, and COLLINS, Circuit Judges.

Defendants-Appellants' unopposed motion for a 60-day extension of time to respond to Plaintiffs-Appellees' Petition for Rehearing En Banc (Dkt. No. 94) is GRANTED. The response shall be filed on or before June 11, 2021.