# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| **JOHN DOE #1**; *et al.*, <br><br>　　　　Plaintiffs, <br><br>　　v. <br><br>**DONALD TRUMP**, *et al.*, <br><br>　　　　Defendants. | Case No. 3:19-cv-1743-SI <br><br> **ORDER** |

**Michael H. Simon, District Judge.**

Pursuant to the Ninth Circuit Court of Appeals' Order issued July 16, 2021 (ECF 160), and the Mandate issued July 26, 2021 and docketed in this case on October 25, 2021 (ECF 161), the Opinion and Order of this Court dated November 26, 2019 (ECF 95), granting Plaintiff's Motion for a Preliminary Injunction, is VACATED AS MOOT.

**IT IS SO ORDERED.**

DATED this 25th day of October, 2021.

　　　　　　　　　　　　　　　　　　　　/s/ *Michael H. Simon*　　　　　
　　　　　　　　　　　　　　　　　　　　Michael H. Simon
　　　　　　　　　　　　　　　　　　　　United States District Judge

PAGE 1 – ORDER